For the error in the charge the judgment of the trial court is reversed and the cause is remanded.

## BROWN v. STATE.

### No. 25047.

Court of Criminal Appeals of Texas.

Dec. 20, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction under what is commonly called the hot check law. Art. 567b, Vernon's P. C. The punishment was assessed at a fine of $25 and twenty days in jail.

No bills of exception or statement of facts appear in the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.